**Van−122** [TMD Order] (Rev. 11/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **In re:** | **Case No.** 09−04940−BGC13 |
| Charles Morris | **Chapter** 13 |
| **SSN:** xxx−xx−6893 | |
| Schree Morris | |
| **SSN:** xxx−xx−9059 | |
| **Debtor(s)** | |

## ORDER

This matter came before the Court on **10/22/13** for a hearing on the **Chapter 13 Trustee's Motion to Dismiss.**

It is **ORDERED, ADJUDGED, and DECREED** that:

- ☑ Trustee's Motion to Dismiss is **DENIED.**

- ☐ Case is **CONVERTED** to Chapter 7 on Debtor's Notice of Conversion.

- ☐ Trustee's **WITHDRAWAL** of Motion to Dismiss is **ACCEPTED.**

- ☐ Trustee's Motion to Dismiss is **CONDITIONALLY DENIED,** pending compliance by the Debtor with these requirements.

    1. The Debtor shall cause a full plan payment to be received in the Trustee's office before 4:00 p.m. on and,

    2. The Debtor shall cause all plan payments due during the next 12 months to be received in the full amounts due in the Trustee's office before 4:00 p.m. on the dates due and on or before the day of each month thereafter. If the Debtor fails to satisfy these conditions, the Trustee may file a Notice of Continuing Default with the Court, with copies to the Debtor and Debtor's attorney, after which the Court may GRANT the Trustee's Motion to Dismiss and may DISMISS the case without further notice or hearing.

- ☐ Trustee shall send a **DIRECTION FOR DEDUCTION.**

- ☐ Plan payments are **MODIFIED** to $

- ☐ **OTHER:**


Dated: October 22, 2013  /s/ Benjamin G Cohen
United States Bankruptcy Judge

jlp